| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

EARL E. FLOWERS, JR., §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:07-CV-300
§
MICHAEL J. ASTRUE, §
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
    Defendant. §

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge regarding plaintiff's motion for default judgment. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. It if therefore

**ORDERED** that plaintiff's "Motion for Judgment by Default" (Docket 13) is **DENIED**.

SIGNED at Beaumont, Texas, this 1st day of October, 2007.

                                          MARCIA A. CRONE
                                 UNITED STATES DISTRICT JUDGE